■ In the Matter of SEAN M., a Child Alleged to be Neglected. YANNY M., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Petitioner. In the Matter of TAMEYA H. and Another, Children Alleged to be Neglected. JUSTINE D., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Petitioner. [58 NYS3d 334]—

Order (denominated a decision), Family Court, Bronx County (Alma M. Gomez, J.), entered on or about October 3, 2016, and order (denominated a decision), same court (Michael R. Milsap, J.), entered on or about July 22, 2016, which denied the respective motions of mothers Yanny M. and Justine D. for clarification as to whether each could share with her defense counsel in her respective, related criminal proceeding, Administration for Children's Services progress notes received in discovery in her respective neglect proceeding, unanimously reversed, on the law, without costs, to clarify that each may share the progress notes with her criminal defense counsel.

The courts' decisions affected the rights of the mothers to consult with fully informed criminal defense counsel and the mothers were aggrieved by the limitations the court placed on their ability to share information with their respective counsel.

The restrictions noted in Social Services Law § 422 (4) (A) did not bar them from providing to their criminal defense counsel ACS records lawfully obtained in their neglect proceedings. Any other result would violate their First and Sixth Amendment rights (*see People v Knowles*, 88 NY2d 763, 766

[1996]). Concur—Friedman, J.P., Webber, Gesmer and Kern, JJ.